# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :   NO. 747

                               :

APPOINTMENT TO ORPHANS' COURT   :   SUPREME COURT RULES DOCKET

PROCEDURAL RULES COMMITTEE      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, Thomas J. Dempsey, Jr., Esquire, Allegheny County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years, commencing January 1, 2018.